# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STUART A. BYRNE,<br><br>                         Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>                         Defendant. | Case No. 16-CV-1380-JPS<br><br><br><br>**ORDER** |

On November 1, 2016, the Court denied the plaintiff's request to proceed *in forma pauperis*. (Docket #6). It required that the plaintiff pay the full filing fee within fourteen days. *Id.* It is now December 8, 2016, and no filing fee has been received. The Court will, therefore, dismiss this action without prejudice.

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 8th day of December, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge